**U.S. District Court**
**Western District of Louisiana**
**Robert H. Shemwell, Clerk**
**RECEIVED**
Date: __10-03-06__
By __M. Cassanova__

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

V.

**STEVEN K. YELENIC**
**(Name of Defendant)**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release
(For Offenses Committed On or After November 1, 1987)

CASE NO.    **04-50004-01**

**STEPHEN GLASSELL (R)**
**(Defendant's Attorney)**

**THE DEFENDANT:**

[X]    **Admitted guilt to violation of conditions of the term of supervision: (SEE BELOW)**

[ ]    **Was found in violation of conditions of the term of supervision after a denial of guilt: (SEE BELOW)**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|

**The court finds that defendant has violated the conditions of his probation as outlined in the Petition For Warrant or Summons for Offender Under supervision filed by the Probation Officer.**

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

XXX-XX-6262
**Defendant's Social Security No.**

XX-XX-1985
**Defendant's Date of Birth**

**Defendant's USM Number**

**Defendant's Driver's License Number**

**Defendant's Residence Address:**

**Defendant's Mailing Address**

**September 28, 2006**
**Date of Imposition of Judgment**

**Mark L. Hornsby, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

**October 03, 2006**
**Date Signed**

_/s/ MJH_
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

> It is ordered that the two year term of supervised probation imposed on November 19, 2004, is revoked, and defendant is committed to the custody of the Bureau of Prisons for six (6) months.

[X] The Court makes the following recommendation to the Bureau of Prisons:

> The court recommends that defendant serve his sentence at an institution where he can receive the maximum amount of substance abuse treatment.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at __ a.m./p.m. on __.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ] before 2:00 p.m. on __.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

_____ with a certified copy of this judgment.

_____
United States Marshal

by _____
Deputy Marshal